CHRISTOPHER B. KENNEDY *v.* LEANNA L. KENNEDY

The plaintiff's petition for certification for appeal from the Appellate Court, 114 Conn. App. 143 (AC 29059), is denied.

*Christopher B. Kennedy*, pro se, in support of the petition.

Decided June 30, 2009

ISAAC COUNCIL *v.* COMMISSIONER OF CORRECTION

The petitioner Isaac Council's petition for certification for appeal from the Appellate Court, 114 Conn. App. 99 (AC 29155), is denied.

*Martha Hansen*, special public defender, in support of the petition.

*Michele C. Lukban*, senior assistant state's attorney, in opposition.

Decided June 30, 2009

WILLIAM EASTWOOD *v.* COMMISSIONER OF CORRECTION

The petitioner William Eastwood's petition for certification for appeal from the Appellate Court, 114 Conn. App. 471 (AC 29357), is denied.

*Michael Zariphes*, special public defender, in support of the petition.

*Lisa A. Riggione*, senior assistant state's attorney, in opposition.

Decided June 30, 2009